# EXHIBIT C

# RICHARD P. FRIEDLANDER, M.D. FACC

1056 Fifth Avenue, Suite 10C
New York, NY 10028
(917) 846-9853

## CURRICULUM VITAE

**BIRTHDATE:**

July 12, 1947

**STATUS:**

Married with three children

**EDUCATION:**

| | |
|---|---|
| Case Western Reserve University<br>Cleveland, OH | (B.A. 05/1969) |
| College of Physicians & Surgeons<br>Columbia University<br>New York, NY | (M.D. 05/16/1973) |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| Visiting Clinical Fellow in Medicine of Columbia University | (07/01/1973 - 06/30/1976) |
| Visiting Fellow in Medicine of Columbia University | (07/01/1976 - 06/30/1978) |
| Instructor in Medicine, Mt. Sinai School of Medicine | (07/01/1978 - 11/30/1979) |
| Instructor in Medicine, Thomas Jefferson University | (09/81 – 12/82) |

**HOSPITAL APPOINTMENTS:**

| | |
|---|---|
| Intern, Roosevelt Hospital<br>New York, NY | (07/01/1973 – 06/30/1974) |
| Medical Resident, Roosevelt Hospital<br>New York, NY | (07/01/1974 – 06/30/1976) |
| Fellow in Cardiology, St. Luke's Hospital Center<br>New York, NY | (07/01/1976 – 06/30/1978) |
| Attending Cardiologist, Beth Israel Medical Center<br>New York, NY | (07/01/1978 – 11/30/1979) |
| Attending Cardiologist, Provident Hospital<br>Everett, WA | (12/01/1979 – 06/30/1981) |

1

-2-

| | |
|---|---|
| Attending Cardiologist, Harper Hospital<br>Detroit, MI | (03/01/1986 -- 06/30/1986) |
| Director of Cardiology, Coatesville VA Hospital<br>Coatesville, PA | (07/01/1981 – 01/30/1983) |
| Attending Cardiologist, Wyckoff Heights Hospital<br>New York, NY | (09/13/1990 – 04/30/1992) |
| Attending Cardiologist, NY Hospital Med Center of Queens<br>New York, NY | (02/01/1992 – 06/30/1995) |
| Attending Cardiologist, St. Vincent's Catholic Medical Center<br>New York, NY | (03/02/1994 – 04/09) |
| Attending Cardiologist, Parkway Hospital<br>Forest Hills, NY | (06/14/01- 06/08) |
| Attending Cardiologist, Forest Hills Hospital<br>Forest Hills, NY | (05/09-2013) |
| Attending Cardiologist, Flushing Hospital Medical Center<br>Flushing, NY | (03/11-Present) |

## INDUSTRIAL EXPERIENCE:

| | |
|---|---|
| Janssen Pharmaceutical Inc., Piscataway, NJ<br>Project Director, Cardiology<br>Project Director, Cardiology & Anesthesiology | <br>(02/14/1983 - 02/31/1986)<br>(07/15/1983 - 02/31/1986) |
| Cardio Diagnostics, New York, NY<br>President & Medical Director | (04/01/1984 – 12/31/1990) |
| Cardiology Consultant to the NYC Transit Authority | (05/01/1990 – 04/30/1991) |
| Empire Cardiac Monitoring<br>Medical Director of Cardiovascular Ultrasound | (10/01/04-Present) |
| Doshi Diagnostic Services<br>Medical Director of Echocardiographic Services | (01/15/14-Present) |

## MEDICAL SOCIETIES:

| | |
|---|---|
| American College of Physicians | (1978) |
| American College of Cardiology, Fellow | (11/12/1984) |
| Medical Society of the State of New York | (03/09/1987) |
| New York Heart Association | (1989) |
| American Society of Echocardiography | (1994) |

2

-3-

**BOARD CERTIFICATION:**

American Board of Internal Medicine                                    (06/16/1976)

American Board of Internal Medicine                                    (06/19/1979)
Cardiovascular Disease


**MILITARY SERVICE:**

None


**PUBLICATIONS:**

The Effect of Nitroglycerin Upon Pulmonary Vascular Compliance. R.P. Friedlander, S.E. Alarm, H.G. Kemp and R.B. Case, CLINICAL RESEARCH Vol. 26, No. 3, April 1978.

Selective After load Reduction in the Treatment of Septal Rupture Complicating Myocardial Infarction. R.P. Friedlander and M.J. Schwartz, CARDIOLOGY Vol. 316, 1979.