# **EXHIBIT A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARGARET HALTON PRIEST INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF NOEL LAJOIE PRIEST | § § § § § | |
| Plaintiff, | § | Cause No. 1:15cv00822 |
| vs. | § § | |
| SANDOZ PHARMACEUTICALS CORPORATION; NOVARTIS PHARMACEUTICALS; CORPORATION | § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S EXPERT WITNESS DESIGNATION

COMES NOW MARGARET HALTON PRIEST, Plaintiff, and files her Designation of Expert Witnesses. Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff identifies the following persons who may be used at trial to present expert testimony:

1. Richard Friedlander, MD.
   1056 Fifth Avenue, Suite 10C
   New York, NY 10028
   917-846-9853
   Dr. Friedlander is Board Certified in Internal Medicine and Cardiovascular Diseases and is expected to testify regarding Amiodarone pulmonary toxicity.

2. Daniel E. Buffington, PharmD, MBA
   6285 E. Fowler Ave
   Tampa, FL 33617
   813-983-1501
   Daniel E. Buffington is a Clinical Pharmacologist and is expected to testify regarding Defendants failure to insure the dispensers of amiodarone or the patients received an FDA compliant MedGuide with each amiodarone prescription.

3. Pamela Karla Phares Kulback, MD.
   2717 Altadena Rd.
   Birmingham, Al 35243
   205-969-2556
   Pamela Kulback, MD is a Board-Certified Radiologist

However, Dr. Friedlander, Daniel Buffington and Dr. Kulback may provide additional opinions and/or additional bases for their current opinions once additional information and/or documents have been provided by Defendant or Defendant's designated experts.

        Respectfully submitted,
**ENGLISH LAW GROUP**

*/S/Jay C. English*
Jay C. English
State Bar No: 06625290
Email: jenglish@englishpllc.com
7616 LBJ Freeway, Suite 500
Dallas, Texas 75251
214-528-4300 Phone
972-733-1335 Fax

**HOHMANN, BROPHY & SHELTON, PLLC**
Guy Hohmann
State Bar No. 21555800
Email: guyh@hbslawyers.com
Jesse Z. Weiss
State Bar No. 24013728
Email: jesse@hbslawyers.com
210 Barton Springs Road, Suite 250
Austin, Texas, 78704
(512) 596-3058 Telephone
(512) 532-6637 Fax

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was sent to all counsel of record via the Court's ECF system on this 5th day of June, 2017.

        */S/Jay C. English*
        Jay C. English