# **EXHIBIT C**



# About AIPS

NEWSLETTER  PARTICIPATE  DONATE

H   About Us   Centers   News   Events   Research   Resources   Contact Us

## Advancing healthcare practice through patient care, education, leadership and research

AIPS is a 501c(3) non-profit organization that is focused on advancing healthcare solutions and improving medication safety and health outcomes.

With a goal of fostering collaboration between healthcare professionals, government, payers and patients, AIPS is committed to leading in innovation and delivery of resources and solutions.

The organization delivers real-time change through its collaborative network of healthcare professionals, health-systems, payers and industry members to meet the needs of today's healthcare challenges.

Through the support of sponsors, donors and membership, AIPS is able to serve as a positive force in the advancement and evolution of healthcare services.

- Collaborative Initiatives
- Specialty Training & Educational
- Resource Library
- Customized Healthcare Solutions
- Professional Practice Network
- Health Information Technology

### OUR MISSION

Provide effective health strategies and solutions via collaborative communication and education, and advocate the development and utilization of optimal medication therapy management strategies.

### OUR VISION

Be the leading healthcare community with a focus on progressive leadership, education, and advocacy to patients and caregivers in order to improve health outcomes.

### OUR PHILOSOPHY

To our members, employees, communities, and other stakeholders, we promise to provide clear, thoughtful and independent insight regarding vital healthcare issues. As a global healthcare community, our activities touch many people's lives. We operate with the utmost integrity and highest standards of ethical behavior. We strive to avoid conflicts-of-interest and to seek transparency and dialogue with our stakeholders in order to improve our understanding of their needs and collaborate on initiatives that make a real difference. We take our commitment to economic, social and environmental sustainability seriously as we are driven to create and provide healthcare solutions for some of today's complex medical challenges.

## Leadership

U   **Daniel E. Buffington, PharmD, MBA**
*President and CEO*

U   **Marcus Campbell, PharmD**
*Clinical Pharmacology Fellow*

AIPS.net - American Institute Of Pharmaceutical Sciences - AIPS

About Us

Research

Resources

Centers

News

Events

Involvement

Contact Us

Privacy Policy

**American Institute of Pharmaceutical Sciences (AIPS)**

6285 East Fowler Avenue
Tampa FL 33617

813-514-1304 *Main* • 877-220-2477 *Toll Free*

813-983-1501